UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE GUD Café, LLC | : | Bankruptcy No.: 21-10747-ELF |
| Debtor. | : | Chapter 11 – Small Business |

### DEBTOR'S STATEMENT OF REPORT AND DOCUMENT AVAILABILITY UNDER 11:1116(B)

The following documents or statements have not yet gotten prepared by Debtor's Certified Professional Accountant. Mr. Jeffrey M. Bookman, CPA, CFE and Chapter V Trustee Leona Mogavero, Esquire, have interviewed the members of Debtor and were provided information regarding the drafting and availability of the listed documents.

① Small Business Balance Sheet.

② Small Business Cash Flow Statement. (A spreadsheet of income and expenses got provided to Mr. Bookman, Ms. Mogavero, and Dave Adams, Esquire prepared by debtor member Amy Qiu, and is a spreadsheet she keeps within the regular practice of the business; she acts as the bookkeeper for the company.

③ Small Business Statement of Operations.

④ Small Business Tax Return. (The 2019 Return got provided to Mr. Bookman, Ms. Mogavero, and Dave Adams, Esquire, along with the 2020 Extension).

Respectfully submitted,

**THE PETERS FIRM, PLLC**

*[signature]*

Attorney for Debtor

Dated: April 23, 2021